**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John R. Clemens<br>   Debtor | CHAPTER 13<br><br>BKY. NO. 12-20747 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC and index same on the master mailing list.

                              Respectfully submitted,

                              **/s/ James C. Warmbrodt, Esquire**
                              James C. Warmbrodt, Esquire
                              jwarmbrodt@kmllawgroup.com
                              Attorney I.D. No. 42524
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              Phone: 215-627-1322
                              Fax: 215-627-7734
                              Attorney for Movant/Applicant