```
                    UNITED STATES BANKRUPTCY COURT
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :    Bankruptcy No.: 12-20747-cmb
John R. Clemens, Debtor         :
                                :    Chapter 13
```

## CERTIFICATE OF SERVICE OF AMENDED PLAN, NOTICE OF PROPOSED MODIFICATION AND ORDER SETTING DATES CERTAIN

I, the undersigned, certify that I served or caused to be served, on March 3, 2017 a copy of the above pleadings upon each of the following persons and parties in interest at the addresses shown below:

**VIA ELECTRONIC SERVICE**
Office of the United States Trustee
Office of the Chapter 13 Trustee

**VIA FIRST CLASS MAIL:**
Ally Financial
P.O. Box 380902
Minneapolis, MN 55438

Bank of America
450 American Street
Simi Valley, CA 93065

Barclays Bank Delaware
125 S West Street
Wilmington, DE 19801

Chase
P.O. Box 15299
Wilmington, DE 19850

Discover
P.O. Box 8003
Hilliard, OH 43026

Eldorado Resorts Corporation
3015 North Ocean Blvd., Suite 120
Fort Lauderdale, FL 33308

First Commonwealth Bank
601 Philadelphia Street
Indiana, PA 15701

First National Bank of Omaha
P.O. Box 3696
Omaha, NE 68103

GECRB/Care Credit
PO Box 981439
El Paso, TX 79998-1439

Home Depot
P.O. Box 6497
Sioux Falls, SD 57117

Nationstar Mortgage
Attn.: Bankruptcy Dept.
8950 Cypress Waters Blvd.
Coppell, TX 75019

PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222

TD Receivables
1000 Macarthur Blv d
Mahwah, NJ 07430

West Aircomm FCU
P.O. Box 568
Beaver, PA 15009

/s/Shawn N. Wright
Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
Pa. I.D. No. 64103
shawn@shawnwrightlaw.com