# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** JOHN R. CLEMENS
**Case Number:** 12-20747-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, MARCH 30, 2017 09:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
3/30/17 3:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#79 - Trustee's Certificate of Default to Dismiss

#83 Amended Plan Dated 2/28/2017
R / M #:  79 / 0

### *Appearances:*

WRIGHT

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is ~~increased/extended~~ to _____ effective _____.
7. __X__ Plan/Motion continued to 5/18/17 at 10:30
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3/22/2017   3:43:04PM