## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | JOHN R. CLEMENS |
| **Case Number:** | 12-20747-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 18, 2017 10:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
5/23/17 11:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#79 - Continued Trustee's Certificate of Default to Dismiss

#83 - Continued Confirmation of Plan Dated 2/28/2017 (FC)
R / M #:   78 / 0

### *Appearances:*

Debtor:

Trustee: Winnecour / Bedford / P*[Winco]*l / Katz

Creditor:

### *Proceedings:*

Outcome:   **CONFIRMATION ORDER TO BE SUBMITTED**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ , _____ effective _____ .
7. #79 Plan/Motion continued to 7/27/17 at 10:00 .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____ .
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____ .
9. _____ Contested Hearing: _____ at _____ .
10. _____ Other:

5/12/2017   8:15:27AM