Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**John R. Clemens**
Debtor(s)

Bankruptcy Case No.: 12−20747−CMB

Chapter: 13
Docket No.: 95 − 94

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this 29th day of June, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/7/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/23/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/7/17.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                            Case No. 12-20747-CMB
John R. Clemens                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: kthe              Page 1 of 2              Date Rcvd: Jun 29, 2017
                              Form ID: 408            Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2017.
db             +John R. Clemens,    233 Hooks Lane,   Canonsburg, PA 15317-1843
cr             +Ally Financial,    Tucker Arensberg, P.C.,   c/o Brett A. Solomon, Esquire,   1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +First Commonwealth BAnk,    c/o McGrath Law Group,    Three Gateway Center,
                 401 Liberty Avenue, Suite 1375,   Pittsburgh, PA 15222-1004
13314308      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
13462519       +BANK OF AMERICA, N.A., Et al,    BANK OF AMERICA, N.A.,   7105 CORPORATE DRIVE,
                 PLANO, TX 75024-4100
13299121       +Bank of America,   450 American Street,    Simi Valley, CA 93065-6285
13395549       +Bank of America, N.A.,   7105 Corporate Drive,    Plano, TX 75024-4100
13997804       +Bank of America, N.A. as successor-in-interest to,    FIA Card Services, N.A.,   P O Box 982284,
                 El Paso, TX 79998-2284
13299122       +Barclays Bank Delaware,   125 S West Street,    Wilmington, DE 19801-5014
13299123       +Chase,   P.O. Box 15299,   Wilmington, DE 19850-5299
13299125       +Eldorado Resorts Corporation,    3015 North Ocean Blvd., Suite 120,
                 Fort Lauderdale, FL 33308-7344
13354863        FIA Card Services, N.A. as successor in,    interest to Bank of America, N.A. (USA),
                 and MBNA America Bank, N.A.,   POB 3001,   Malvern, PA 19355-0701
13299127       +First National Bank of Omaha,   P.O. Box 3696,    Omaha, NE 68103-0696
13302932       +First National Bank of Omaha,   1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
13299129       +Home Depot,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
13518844      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    Bankruptcy Dept,   350 Highland Dr,
                 Lewisville, TX 75067-4177)
13302457       +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13299130       +PNC Bank,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13299131       +TD Retail Card Services,   c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                 Dallas TX 75374-0933
13299132       +Victoria Clemens,   233 Hooks Lane,    Canonsburg, PA 15317-1843

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2017 00:57:21
                 PRA Receivables Management, LLC,   P.O. Box 41067,   Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Jun 30 2017 00:50:01
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL 33131-1605
13299120       +E-mail/Text: ally@ebn.phinsolutions.com Jun 30 2017 00:56:15     Ally Financial,
                 P.O. Box 380902,   Minneapolis, MN 55438-0902
13302220       +E-mail/Text: ally@ebn.phinsolutions.com Jun 30 2017 00:56:15     Ally Financial,
                 c/o Ally Servicing LLC,   P.O. Box 130424,   Roseville, MN 55113-0004
13299124        E-mail/Text: mrdiscen@discover.com Jun 30 2017 00:56:15     Discover,   P.O. Box 8003,
                 Hilliard, OH 43026
13304029        E-mail/Text: mrdiscen@discover.com Jun 30 2017 00:56:15     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13299126       +E-mail/Text: bankruptcynotice@fcbanking.com Jun 30 2017 00:56:17     First Commonwealth Bank,
                 601 Philadelphia Street,   Indiana, PA 15701-3952
13374523        E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2017 00:49:59     GE Capital Retail Bank,
                 Attn: Bankruptcy Department,   PO Box 960061,   Orlando FL 32896-0661
13299128        E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2017 00:49:41     GECRB/Care Credit,
                 PO Box 981439,   El Paso, TX 79998-1439
13405672       +E-mail/Text: bncmail@w-legal.com Jun 30 2017 00:56:40
                 KEYSTONE RECOVERY PARTNERS LLC, SERIES A,   C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13518737       +E-mail/Text: bknotice@ncmllc.com Jun 30 2017 00:56:37     National Capital Management, LLC.,
                 8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
13583413        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2017 00:57:30
                 Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
13383143        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 30 2017 00:57:21
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13307389        E-mail/PDF: rmscedi@recoverycorp.com Jun 30 2017 00:50:01
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13299133       +E-mail/Text: adjustor@westaircomm.com Jun 30 2017 00:56:16     West Aircomm FCU,   P.O. Box 568,
                 Beaver, PA 15009-0568
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              NATIONSTAR MORTGAGE LLC
```

```
District/off: 0315-2            User: kthe                  Page 2 of 2                   Date Rcvd: Jun 29, 2017
                                Form ID: 408                Total Noticed: 35

cr*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    Bankruptcy Dept,   350 Highland Dr,
                  Lewisville, TX   75067)
cr*            +National Capital Management, LLC,   8245 Tournament Drive,   Suite 230,
                 MEMPHIS, TN 38125-1741
13395550*      +Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
13532940*       FIA Card Services, N.A. as successor in,    interest to Bank of America, N.A. (USA),
                 and MBNA America Bank, N.A.,   POB 3001,    Malvern, PA 19355-0701
                                                                                             TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Kirsten S. Penn    on behalf of Creditor    First Commonwealth BAnk kpenn@lenderlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn N. Wright    on behalf of Debtor John R. Clemens shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                                             TOTAL: 7
```