IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOHN R. CLEMENS

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:12-20747

Chapter 13
Related to:
Document No.: 94

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this ___17th___ day of ___August___, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE

kmt

FILED
8/17/17 9:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                  Case No. 12-20747-CMB
John R. Clemens                                                         Chapter 13
       Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-2          User: mgut                  Page 1 of 2                  Date Rcvd: Aug 17, 2017
                              Form ID: pdf900             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2017.
db             +John R. Clemens,    233 Hooks Lane,   Canonsburg, PA 15317-1843
cr             +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +First Commonwealth BAnk,    c/o McGrath Law Group,    Three Gateway Center,
                 401 Liberty Avenue, Suite 1375,   Pittsburgh, PA 15222-1004
cr             +PNC Bank, National Association,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,   Pittsburgh, PA 15222-5413
13314308      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
13462519       +BANK OF AMERICA, N.A., Et al,    BANK OF AMERICA, N.A.,   7105 CORPORATE DRIVE,
                 PLANO, TX 75024-4100
13299121       +Bank of America,    450 American Street,   Simi Valley, CA 93065-6285
13395549       +Bank of America, N.A.,    7105 Corporate Drive,   Plano, TX 75024-4100
13997804       +Bank of America, N.A. as successor-in-interest to,    FIA Card Services, N.A.,    P O Box 982284,
                 El Paso, TX 79998-2284
13299122       +Barclays Bank Delaware,    125 S West Street,   Wilmington, DE 19801-5014
13299123       +Chase,   P.O. Box 15299,    Wilmington, DE 19850-5299
13299125       +Eldorado Resorts Corporation,    3015 North Ocean Blvd., Suite 120,
                 Fort Lauderdale, FL 33308-7344
13354863        FIA Card Services, N.A. as successor in,    interest to Bank of America, N.A. (USA),
                 and MBNA America Bank, N.A.,    POB 3001,   Malvern, PA 19355-0701
13299127       +First National Bank of Omaha,    P.O. Box 3696,   Omaha, NE 68103-0696
13302932       +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
13299129       +Home Depot,   P.O. Box 6497,    Sioux Falls, SD 57117-6497
13518844      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    Bankruptcy Dept,    350 Highland Dr,
                 Lewisville, TX 75067-4177)
13302457       +PNC BANK,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13299130       +PNC Bank,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13299131       +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                 Dallas TX 75374-0933
13299132       +Victoria Clemens,    233 Hooks Lane,   Canonsburg, PA 15317-1843

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2017 01:19:45
                 PRA Receivables Management, LLC,    P.O. Box 41067,   Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 18 2017 01:14:13
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL 33131-1605
13299120       +E-mail/Text: ally@ebn.phinsolutions.com Aug 18 2017 01:12:53      Ally Financial,
                 P.O. Box 380902,   Minneapolis, MN 55438-0902
13302220       +E-mail/Text: ally@ebn.phinsolutions.com Aug 18 2017 01:12:53      Ally Financial,
                 c/o Ally Servicing LLC,   P.O. Box 130424,   Roseville, MN 55113-0004
13299124        E-mail/Text: mrdiscen@discover.com Aug 18 2017 01:12:53      Discover,    P.O. Box 8003,
                 Hilliard, OH 43026
13304029        E-mail/Text: mrdiscen@discover.com Aug 18 2017 01:12:53      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH   43054-3025
13299126       +E-mail/Text: bankruptcynotice@fcbanking.com Aug 18 2017 01:12:55      First Commonwealth Bank,
                 601 Philadelphia Street,    Indiana, PA 15701-3952
13374523        E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2017 01:14:04      GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    PO Box 960061,   Orlando FL 32896-0661
13299128        E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2017 01:14:19      GECRB/Care Credit,
                 PO Box 981439,   El Paso, TX 79998-1439
13405672       +E-mail/Text: bncmail@w-legal.com Aug 18 2017 01:13:32
                 KEYSTONE RECOVERY PARTNERS LLC, SERIES A,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121 SEATTLE, WA 98121-3132
13518737       +E-mail/Text: bknotice@ncmllc.com Aug 18 2017 01:13:27      National Capital Management, LLC.,
                 8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
13583413        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2017 01:19:35
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
13383143        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2017 01:19:45
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13307389        E-mail/PDF: rmscedi@recoverycorp.com Aug 18 2017 01:14:13
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13299133       +E-mail/Text: adjustor@westaircomm.com Aug 18 2017 01:12:54      West Aircomm FCU,    P.O. Box 568,
                 Beaver, PA 15009-0568
                                                                                              TOTAL: 15
```

```
District/off: 0315-2              User: mgut                  Page 2 of 2                  Date Rcvd: Aug 17, 2017
                                  Form ID: pdf900             Total Noticed: 36


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              NATIONSTAR MORTGAGE LLC
cr*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,    Bankruptcy Dept,    350 Highland Dr,
                   Lewisville, TX   75067)
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
13395550*      +Bank of America, N.A.,    7105 Corporate Drive,   Plano, TX 75024-4100
13532940*       FIA Card Services, N.A. as successor in,    interest to Bank of America, N.A. (USA),
                 and MBNA America Bank, N.A.,    POB 3001,    Malvern, PA 19355-0701
                                                                                               TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2017 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    PNC Bank, National Association bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Kirsten S. Penn    on behalf of Creditor    First Commonwealth BAnk kpenn@lenderlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Shawn N. Wright    on behalf of Debtor John R. Clemens shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                                             TOTAL: 9
```